IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00491-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANNON MARIE HUNTER,

    Defendant.

## ORDER REASSIGNING CASE

**Blackburn, J.**

The matter before me is **United States' Motion To Reassign Case 07-CR-00491-REB** [#23] filed June 9, 2010. After conferring with Chief Judge Wiley Y. Daniel and with his consent, I conclude that the motion should be granted and that the case should be transferred to Chief Judge Daniel.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **United States' Motion To Reassign Case 07-CR-00491-REB** [#23] filed June 9, 2010, is **GRANTED**; and

2. That pursuant to D.C.COLO.LCrR 50.1A., this criminal case is **TRANSFERRED** to the Honorable Wiley Y. Daniel, Chief Judge of the United States District Court for the District of Colorado.

Dated June 25, 2010, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge