UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00491-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANNON MARIE HUNTER,

    Defendant.

---

Criminal Case No. 09-cr-00353-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANNON MARIE HUNTER,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is scheduled for **Monday, September 20, 2010 at 10:00 a.m.**

    Dated:  August 30, 2010.