UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00491

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANNON MARIE HUNTER,

    Defendant.

_____

Criminal Case No. 09-cr-00353

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANNON MARIE HUNTER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Supervised Release Violation Hearing is set for **Monday, November 22, 2010, at 1:30 p.m.**

    Dated:  November 2, 2010.